ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Independent Marine Oil Services LLC | ) ASBCA No. 62603 |
| | ) |
| Under Contract Nos. SPE606-19-M-3028 | ) |
| SPE606-19-M-3029 | ) |

APPEARANCES FOR THE APPELLANT:    Steven J. Lewicky, Esq.
  Lewicky, O'Connor, Hunt & Meiser, LLC
  Fulton, MD

    James F. Sposato, Esq.
  Counsel

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Alex M. Mayfield, Esq.
Matthew Vasquez, Esq.
Howard Kaufer, Esq.
  Trial Attorneys
  DLA Energy
  Fort Belvoir, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: April 6, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62603, Appeal of Independent Marine Oil Services LLC, rendered in conformance with the Board's Charter.

Dated:  April 7, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals